# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132184 & (43)

GWENDOLYN S. NAVARRO,
        Plaintiff-Appellee,

and

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,
        Intervening Plaintiff-Appellee,

v

SAIB ISTERABADI, M.D.,
        Defendant-Appellant.

_____/

SC: 132184
COA: 256654
Sanilac CC: 98-025585-NM

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the June 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

d0122